# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Video Motion hearing**

U.S. District Judge: B Lynn Winmill  	Date: July 12, 2021
Deputy Clerk/ESR: Sunny Trumbull  	Time: 4:01 – 4:50 p.m.

ALLIANCE FOR THE WILD ROCKIES vs. UNITED STATES FOREST SERVICE, et al
Case No. 2:21-cv-244-BLW

Counsel for:   Plaintiff: Rebecca Smith
               Defendants: Emma Hamilton and John Tustin

The Court noted this matter is now set to take up the Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (docket #3).

Ms. Smith presented argument to the Court on behalf of the Plaintiff.

Mr. Tustin and Ms. Hamilton presented argument to the Court on behalf of the Defendants.

Matter taken under advisement. Written decision forthcoming.